**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
In The Court of Appeals

The State, Respondent,

v.

Jeffrey Bernard Falls, Appellant.

Appellate Case No. 2011-198091

Appeal From Spartanburg County
Roger L. Couch, Circuit Court Judge

Unpublished Opinion No. 2013-UP-420
Submitted October 1, 2013 – Filed November 20, 2013

**AFFIRMED**

James P. Craig, of Craig Law Firm, P.C., of Columbia, for Appellant.

Attorney General Alan McCrory Wilson and Assistant Deputy Attorney General David A. Spencer, both of Columbia, for Respondent.

**PER CURIAM:** Affirmed pursuant to Rule 220(b), SCACR, and the following authorities: *State v. Griffin*, 339 S.C. 74, 77, 528 S.E.2d 668, 669 (2000) (stating a ruling in limine is not final and unless an objection is made at the time the

evidence is offered and a final ruling procured, the issue is not preserved for review); *State v. King*, 349 S.C. 142, 148-50, 561 S.E.2d 640, 643-44 (Ct. App. 2002) (holding the trial court's ruling to deny defendant's motion in limine to suppress drug evidence on the grounds that the search was within the confines of the Fourth Amendment was not preserved for review when defense counsel failed to renew his objection at trial when the drugs were actually entered into evidence).

**AFFIRMED.**[1]

**SHORT, WILLIAMS, and THOMAS, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.